# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

IN RE: EMANUEL MATTHEWS                          NO. 2019 KW 1186

## NOV 1 2 2019

---

In Re:      Emanuel Matthews, applying for supervisory writs, 19th
            Judicial District Court, Parish of East Baton Rouge,
            No. unknown.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

   **WRIT DENIED.** Louisiana law expressly gives a district
attorney "entire charge and control of every criminal
prosecution instituted or pending in his district, and
determines whom, when, and how he shall prosecute." La. Const.
art. V, § 26; La. Code Crim. P. art. 61.

**VGW**
**JMG**

   **Crain, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT